# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICHARD EDWIN LUNDQUIST, III, Individually and on behalf of all others similarly situated, ) ) ) ) ) | |
| Plaintiff, ) | Case No. 1:11-cv-03179-JEC |
| ) | |
| v. ) | CLASS ACTION COMPLAINT |
| ) | |
| CLARK & WASHINGTON, P.C., and EMORY LEE CLARK, ) ) ) | |
| Defendants. ) ) | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Richard Edwin Lundquist, III, by and through counsel, pursuant to Federal Rules of Civil Procedure §41(a)(1)(A)(i) dismisses his Amended Class Action Complaint and Demand for Jury Trial without prejudice. This dismissal is filed before the opposing party has filed an answer or motion for summary judgment.

The undersigned certify that the foregoing pleading was prepared with Times New Roman 14 point font in accordance with Local Rule 5.1 C.

Respectfully submitted, this 28th day of March, 2012.

/s/ Terry Haygood
Terry Haygood
Attorney for Plaintiff
State Bar No. 340567

Law Office of Terry Haygood
401 Broad Street, Ste. 102
Rome, GA 30161
(706) 232-2222
(888) 990-0123 Facsimile
terryhaygood@terryhaygood.com

/s/ Thomas D. Womack
Thomas D. Womack
Attorney for Plaintiff
State Bar No. 340567

Law Office of Terry Haygood
215 Main Street
Dallas, GA 30132
(770) 445-1553
(888) 990-0123 Facsimile
twomack84@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served this Plaintiff's Voluntary Dismissal Without Prejudice, to on all parties by electronic filing, which should deliver a copy to:

John C. Rogers, Esq.
Johannes S. Kingma, Esq.
Brian S. Spitler, Esq.
Carlock, Copeland & Stair, LLP
191 Peachtree Street, 36th Floor
Atlanta, GA  30303

This 28th day of March, 2012.

/s/ Terry Haygood
TERRY HAYGOOD
Georgia State Bar No. 340567
*terryhaygood@terryhaygood.com*
THOMAS D. WOMACK
Georgia State Bar No. 572724
*twomack84@gmail.com*

*Attorneys for Plaintiffs*

Law Office of Terry Haygood
401 Broad Street, Ste. 102
Rome, GA  30161
Telephone:  (706) 232-2222
Facsimile:  (888) 990-0123